**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-2150

Caption [use short title]

SoundExchange, Inc.

v.

Sirius XM Radio, Inc.

**Motion for:** Extension of Time to File Reply Brief (Unopposed)

Set forth below precise, complete statement of relief sought:

Appellant SoundExchange, Inc. respectfully requests a fourteen-day extension of time to file its reply brief, to and including March 27, 2026.

**MOVING PARTY:** SoundExchange, Inc.

**OPPOSING PARTY:** Sirius XM Radio, Inc.

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Paul D. Clement

**OPPOSING ATTORNEY:** Andrew S. Tulumello

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
| --- | --- |
| Clement & Murphy, PLLC | Weil, Gotshal & Manges LLP |
| 706 Duke Street, Alexandria, VA 22314 | 2001 M Street NW, Washington, DC 20036 |
| (202) 742-8900; paul.clement@clementmurphy.com | (202) 682-7100 |

Court- Judge/ Agency appealed from: S.D.N.Y. - Judge Buchwald

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☒ Yes ☐ No (explain): ____

Opposing counsel's position on motion:

☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:

☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: ____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: ____

**Signature of Moving Attorney:**

s/Paul D. Clement **Date:** 02/26/2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

# No. 25-2150

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

SOUNDEXCHANGE, INC.,
*Plaintiff-Appellant*,

v.

SIRIUS XM RADIO, INC.,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Southern District of New York
No. 1:24-cv-5491 (Hon. Naomi Reice Buchwald)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY BRIEF**

PAUL D. CLEMENT
*Counsel of Record*
ERIN E. MURPHY
KEVIN WYNOSKY
CAMILO GARCIA*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Plaintiff-Appellant SoundExchange, Inc.*

February 25, 2026

For the reasons that follow, Appellant SoundExchange, Inc. respectfully requests a fourteen-day extension of time to file its reply brief, to and including March 27, 2026:

1. On February 20, 2026, Appellee Sirius XM Radio, Inc. filed its principal brief. By operation of Local Rule 31.2(a)(3), Sirius XM's reply brief is due March 13, 2026.

2. Undersigned counsel is aware of at least one group of amici who intend to file a brief in support of Sirius XM. Under Federal Rule of Appellate Procedure 29(a)(6), that amicus brief (as well as any others supporting Sirius XM) will be due February 27, 2026.

3. Although undersigned counsel and those with principal responsibility for this matter are working diligently to prepare the reply brief, counsel have substantial briefing and argument obligations during the current time period for preparation of Appellant's reply brief, including three Supreme Court arguments and three arguments in the courts of appeals. Upcoming obligations include:

- Two petitions for writ of certiorari due in the Supreme Court of the United States on February 27, 2026;
- A reply brief in support of a motion for preliminary injunction in *NetChoice v. Griffin*, No. 25-cv-5140 (W.D. Ark.), on February 27, 2026;

- Oral argument in *United States v. Hemani*, No. 24-1234 (U.S.), on March 2, 2026;
- Appellant's principal brief in *Genentech, Inc. v. Biogen MA Inc.*, No. 25-7715 (9th Cir.), on March 2, 2026;
- Oral argument in *Montgomery v. Caribe Transport II, LLC*, No. 24-1238 (U.S.), on March 4, 2026;
- Oral argument in *Ninth Inning Inc. v. National Football League*, No. 24-1238 (9th Cir.), on March 9, 2026;
- Oral argument in *CCIA v. Uthmeier*, No. 25-11881 (11th Cir.), on March 10, 2026;
- Oral argument in *NetChoice v. Carr*, No. 25-12436 (11th Cir.), on March 10, 2026;
- A petition for writ of certiorari due in the Supreme Court of the United States on March 13, 2026;
- Appellant's principal brief in *PhRMA v. Frey*, No. 26-1099 (1st Cir.), on March 16, 2026;
- Oral argument in *In re Church of Jesus Christ of Latter-Day Saints*, No. 25-4068 (10th Cir.), on March 17, 2026;
- A petition for writ of certiorari due in the Supreme Court of the United States on March 20, 2026;

- Oral argument in *Watson v. Republican National Committee*, No. 24-1260 (U.S.), on March 23, 2026;
- Appellants' principal brief in *AACS v. Department of Education*, No. 25-11303 (5th Cir.), on March 23, 2026; and
- A reply brief in support of petition for writ of certiorari in *Macy's Inc. v. NLRB*, No. 25-627 (U.S.), on March 25, 2026.

4. In light of those obligations, a 14-day extension of SoundExchange's reply brief deadline, to and including March 27, 2026, would ensure that counsel can prepare a reply brief that fully addresses the important issues and responds to the arguments raised by Sirius XM and its amici in a manner most helpful to the Court.

5. Before filing this motion, undersigned counsel conferred with counsel for Appellee. Counsel for Appellee represented that Appellee does not oppose the requested extension and does not intend to file a response to the motion.

6. This is the first motion by a party for an extension of time to file a brief.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
*Counsel of Record*
ERIN E. MURPHY
KEVIN WYNOSKY
CAMILO GARCIA*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
*Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Plaintiff-Appellant SoundExchange, Inc.*

February 25, 2026

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMITATION**

I hereby certify that:

1. This motion complies with the type-volume limitation of Local Rule 27.1(a)(3) because it contains 529 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

February 25, 2026

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that an electronic copy of the foregoing was filed with the Clerk of Court using the ACMS system on February 25, 2026 and thereby served upon all counsel appearing in this case.

s/Paul D. Clement
Paul D. Clement